AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Southern District of Florida

| | |
|---|---|
| HOWARD MICHAEL CAPLAN<br><br>*Plaintiff(s)*<br><br>v.<br><br>JOSEPH L. KELLER and DAVID M. KELLER, Individuals, and KELLER & FAMILY CO., a Florida Profit Corporation d/b/a ALLTOOLRENTAL CO, and JOSEPH L. KELLER as Trustee of The Joseph L.<br><br>*Defendant(s)* | Civil Action No. 0:22-cv-60288-KMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
DAVID M. KELLER d/b/a ALLTOOLRENTAL CO

6401 Pembroke Road
Hollywood, FL 33023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RONALD E. STERN, ESQ.
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD., SUITE 503
HALLANDALE BEACH, FLORIDA 33009
ATTORNEY FOR PLAINTIFF, HOWARD MICHAEL CAPLAN

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 7, 2022

**SUMMONS**

s/ P. Curtis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HOWARD MICHAEL CAPLAN<br><br>*Plaintiff(s)*<br><br>v.<br><br>JOSEPH L. KELLER and DAVID M. KELLER, Individuals, and KELLER & FAMILY CO., a Florida Profit Corporation d/b/a ALLTOOLRENTAL CO, and JOSEPH L. KELLER as Trustee of The Joseph L.<br><br>*Defendant(s)* | Civil Action No. 0:22-cv-60288-KMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
JOSEPH L. KELLER d/b/a ALLTOOLRENTAL CO

6401 Pembroke Road
Hollywood, FL 33023


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RONALD E. STERN, ESQ.
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD., SUITE 503
HALLANDALE BEACH, FLORIDA 33009
ATTORNEY FOR PLAINTIFF, HOWARD MICHAEL CAPLAN

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 7, 2022

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| HOWARD MICHAEL CAPLAN | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 0:22-cv-60288-KMW |
| JOSEPH L. KELLER and DAVID M. KELLER, Individuals, and KELLER & FAMILY CO., a Florida Profit Corporation d/b/a ALLTOOLRENTAL CO, and JOSEPH L. KELLER as Trustee of The Joseph L. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
KELLER & FAMILY CO. d/b/a ALLTOOLRENTAL CO

REGISTERED AGENT:
Keller, Joseph L.
6401 Pembroke Road
Hollywood, FL 33023

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RONALD E. STERN, ESQ.
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD., SUITE 503
HALLANDALE BEACH, FLORIDA 33009
ATTORNEY FOR PLAINTIFF, HOWARD MICHAEL CAPLAN

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 7, 2022

Angela E. Noble
Clerk of Court

s/ P. Curtis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HOWARD MICHAEL CAPLAN<br><br>*Plaintiff(s)*<br>v.<br>JOSEPH L. KELLER and DAVID M. KELLER, Individuals, and KELLER & FAMILY CO., a Florida Profit Corporation d/b/a ALLTOOLRENTAL CO, and JOSEPH L. KELLER as Trustee of The Joseph L.<br>*Defendant(s)* | Civil Action No. 0:22-cv-60288-KMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
JOSEPH L. KELLER as Trustee of The Joseph L. Keller Living Trust

6401 Pembroke Road
Hollywood, FL 33023


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RONALD E. STERN, ESQ.
THE ADVOCACY LAW FIRM, P.A.
1250 E. HALLANDALE BEACH BLVD., SUITE 503
HALLANDALE BEACH, FLORIDA 33009
ATTORNEY FOR PLAINTIFF, HOWARD MICHAEL CAPLAN

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 7, 2022

s/ P. Curtis
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court