UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-60288-KMW

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

JOSEPH L. KELLER and DAVID M. KELLER, Individuals, and KELLER & FAMILY CO., a Florida Profit Corporation d/b/a ALLTOOLRENTAL CO, and JOSEPH L. KELLER as Trustee of The Joseph L. Keller Living Trust,

    Defendants.
_____/

## VERIFIED CERTIFICATE OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT

    COMES NOW, counsel for Plaintiff, Ronald E. Stern, Esquire, and hereby files this response to the Order of Referral and Notice of Court Practice in ADA Cases [DE 5], and states as follows:

1. Counsel, in good faith and to the best of his ability, has conducted a search of case filings in the records of the Clerk of the United States District Court for the Southern District of Florida to ascertain whether the Defendants, JOSEPH L. KELLER d/b/a ALLTOOLRENTAL CO, DAVID M. KELLER d/b/a ALLTOOLRENTAL CO, KELLER & FAMILY CO. d/b/a ALLTOOLRENTAL CO, and JOSEPH L. KELLER as Trustee of The Joseph L. Keller Living Trust ("Defendants") or the Defendants' property have ever been sued prior to the filing of this suit for alleged violations for the same, similar, or any violations of the Americans with Disabilities Act ("ADA").

2. The results of the search concluded that this Subject Facility and Defendants have not been sued for ADA violations.

3. The results of the ADA search conducted by Plaintiff's counsel indicated that the Defendants have not been previously sued for ADA violations for the same, similar, or any violations of the ADA at the location 6401 Pembroke Road, Hollywood, FL 33023.

4. To the best of the undersigned's knowledge, the Defendants have not been previously sued for any alleged ADA violations in the United States District Court for the Southern District of Florida.

Respectfully submitted,

By: *Ronald E. Stern*
    Ronald E. Stern, Esq.
    Florida Bar No. 10089
    THE ADVOCACY LAW FIRM, P.A.
    1250 East Hallandale Beach Blvd.
    Suite 503
    Hallandale Beach, Florida 33009
    Telephone:   (954) 639-7016
    Facsimile:    (954) 639-7198
    Email: ronsternlaw@gmail.com
    Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-60288-KMW

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

JOSEPH L. KELLER and DAVID M. KELLER, Individuals, and KELLER & FAMILY CO., a Florida Profit Corporation d/b/a ALLTOOLRENTAL CO, and JOSEPH L. KELLER as Trustee of The Joseph L. Keller Living Trust,

    Defendants.
_____/

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this February 14, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    By: *Ronald E. Stern*
        Ronald E. Stern, Esq.
        Florida Bar No. 10089
        THE ADVOCACY LAW FIRM, P.A.
        1250 East Hallandale Beach Blvd.
        Suite 503
        Hallandale Beach, Florida 33009
        Telephone:  (954) 639-7016
        Facsimile:   (954) 639-7198
        Email: ronsternlaw@gmail.com
        Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

## **SERVICE LIST**:

HOWARD MICHAEL CAPLAN, Plaintiff, vs. JOSEPH L. KELLER and DAVID M. KELLER, Individuals, and KELLER & FAMILY CO., a Florida Profit Corporation d/b/a ALLTOOLRENTAL CO, and JOSEPH L. KELLER as Trustee of The Joseph L. Keller Living Trust

United States District Court Southern District Of Florida

CASE NO. 0:22-cv-60288-KMW

### **JOSEPH L. KELLER d/b/a ALLTOOLRENTAL CO**

6401 Pembroke Road
Hollywood, FL 33023

**VIA U.S. MAIL**

### **DAVID M. KELLER d/b/a ALLTOOLRENTAL CO**

6401 Pembroke Road
Hollywood, FL 33023

**VIA U.S. MAIL**

### **KELLER & FAMILY CO. d/b/a ALLTOOLRENTAL CO**

**REGISTERED AGENT:**

Keller, Joseph L.
6401 Pembroke Road
Hollywood, FL 33023

**VIA U.S. MAIL**

### **JOSEPH L. KELLER as Trustee of The Joseph L. Keller Living Trust**

6401 Pembroke Road
Hollywood, FL 33023

**VIA U.S. MAIL**