**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 0:22-CV-60288=KMW

Plaintiff:
**HOWARD MICHAEL CAPLAN**

vs.

Defendant:
**JOSEPH L. KELLER ET AL**


OJF2022002495

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by OJF SERVICES, INC. on the 7th day of February, 2022 at 4:45 pm to be served on **JOSEPH L. KELLER D/B/A ALLTOOLRENTAL CO, 6401 PEMBROKE ROAD, HOLLYWOOD, FL 33023**.

I, ANDREW KARP, do hereby affirm that on the **9th day of February, 2022** at **10:55 am**, I:

**SUBSTITUTE SERVED** the within named person by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to MARCUS FONTANEZ, the person in charge of the business at the address of 6401 PEMBROKE ROAD, HOLLYWOOD, FL 33023  pursuant to 48.031(2)(b) and informing said person of the contents therein.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**ANDREW KARP**
SPS #260

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2022002495

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h