## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 0:22-CV-60288=KMW

Plaintiff:
**HOWARD MICHAEL CAPLAN**

vs.

Defendant:
**JOSEPH L. KELLER ET AL**



OJF2022002492

For:
Ronald E. Stern
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd
Suite 503
Hallandale Beach, FL 33009

Received by OJF SERVICES, INC. on the 7th day of February, 2022 at 4:45 pm to be served on **KELLER & FAMILY CO. D/B/A ALLTOOLRENTAL CO C/O JOSEPH L. KELLER, REGISTERED AGENT, 6401 PEMBROKE ROAD, HOLLYWOOD, FL 33023**.

I, ANDREW KARP, do hereby affirm that on the **9th day of February, 2022** at **10:55 am, I:**

**.CORPORATE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MARCUS FONTANEZ** as **MANAGER** of **KELLER & FAMILY CO. 6401 PEMBROKE ROAD, HOLLYWOOD, FL 33023**, and informed said person of the contents therein. Service was completed on the named individual after due diligence to locate the registered agent or any other officer for **KELLER & FAMILY CO. D/B/A ALLTOOLRENTAL CO C/O JOSEPH L. KELLER, REGISTERED AGENT** without success. This service is in compliance with Federal Rules of Civil Procedure, Florida Statute 48.081 or other state statute as applicable.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**ANDREW KARP**
SPS #260

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2022002492