UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**HOWARD MICHAEL CAPLAN**,

    Plaintiff,

v.                                        **Case No.:**   0:22-cv-60288-KMW

**JOSEPH L. KELLER and DAVID M. KELLER, Individuals, and KELLER & FAMILY CO., a Florida Profit Corporation d/b/a ALLTOOLRENTAL CO, and JOSEPH L. KELLER as Trustee of The Joseph L. Keller Living Trust,**

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Howard Michael Caplan, ("Plaintiff") and Defendants JOSEPH L. KELLER and DAVID M. KELLER, Individuals, and KELLER & FAMILY CO., a Florida Profit Corporation d/b/a ALLTOOLRENTAL CO, and JOSEPH L. KELLER as Trustee of The Joseph L. Keller Living Trust (collectively, "Defendants") by and through undersigned counsel hereby file this Joint Notice of Settlement and advises this Court that the Parties have fully resolved this dispute and are in the process of preparing and finalizing the necessary documents for final disposition of this matter.

Dated this 21st day of March, 2022.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

| | |
|---|---|
| */s/ Jesse I. Unruh* <br> Jesse I. Unruh, Esq. <br> Florida Bar No. 91121 <br> Spire Law, LLC <br> 2752 W. State Road 426, Suite 2088 <br> Oviedo, Florida 32765 <br> Telephone: (407) 494-0135 <br> E-Mail: jesse@spirelawfirm.com <br> sarah@spirelawfirm.com <br> laura@spirelawfirm.com <br><br> *Attorneys for Defendants* | *By: Ronald E. Stern* <br> Ronald E. Stern, Esq. <br> Bar Number 10089 <br> The Advocacy Law Firm, P.A. <br> 1250 East Hallandale Beach Boulevard Suite 503 <br> Hallandale Beach, Florida 33009 <br> Telephone: (954) 639-7016 <br> Facsimile: (954) 639-7198 <br> E-Mail: ronsternlaw@gmail.com <br><br> *Attorney for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby Certify that on this 21st day of March, 2022., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Ronald E. Stern, Esq. The Advocacy Law Firm, P.A.; 1250 East Hallandale Beach Boulevard, Suite 503 Hallandale Beach, Florida 33009.

                                                */s/ Jesse I. Unruh* <br>
                                                Attorney