**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:22-cv-60288-KMW

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

JOSEPH L. KELLER and DAVID M. KELLER, Individuals, and KELLER & FAMILY CO., a Florida Profit Corporation d/b/a ALLTOOLRENTAL CO, and JOSEPH L. KELLER as Trustee of The Joseph L. Keller Living Trust,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, JOSEPH L. KELLER d/b/a ALLTOOLRENTAL CO, DAVID M. KELLER d/b/a ALLTOOLRENTAL CO, and KELLER & FAMILY CO. d/b/a ALLTOOLRENTAL CO (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement and agree not to file any additional motions in this matter. All Parties consent to the form and content of this Stipulation and Order.

Dated this April 18, 2022.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

By: *Jesse I. Unruh*
Jesse I. Unruh, Esq.
Florida Bar No. 93121
Spire Law, LLC
2572 W. State Road 426, Suite 2088
Oviedo, FL 32765
Telephone: (407) 494-0135
Email: jesse@spirelawfirm.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:22-cv-60288-KMW

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

JOSEPH L. KELLER and DAVID M. KELLER, Individuals, and KELLER & FAMILY CO., a Florida Profit Corporation d/b/a ALLTOOLRENTAL CO, and JOSEPH L. KELLER as Trustee of The Joseph L. Keller Living Trust,

      Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 18, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd.
Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN