UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-60288-KMW

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

JOSEPH L. KELLER and DAVID M. KELLER, Individuals, and KELLER & FAMILY CO., a Florida Profit Corporation d/b/a ALLTOOLRENTAL CO, and JOSEPH L. KELLER as Trustee of The Joseph L. Keller Living Trust

    Defendant(s).
_____/

**<u>ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

THIS CAUSE having come before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the Court having reviewed the Stipulation and being otherwise advised in the premises, it is therefore,

ORDERED and ADJUDGED that this action is dismissed with prejudice. All Parties shall bear their own attorney's fees and costs.

DONE AND ORDERED in Chambers at _____ County, Florida this _____ day of _____, 2022.

 

                                                    _____
                                                    HONORABLE JUDGE KATHLEEN M. WILLIAMS
                                                      UNITED STATES DISTRICT COURT JUDGE

Copies to:
All parties of record